THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE ALCARAZ, Appellant.

Submitted August 25, 2008; decided October 28, 2008

Motion for leave to appeal from the order of the Appellate Term dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERWIN JACKSON, Appellant, v NASSAU COUNTY SHERIFF'S DEPARTMENT, Respondent.

Submitted September 8, 2008; decided October 28, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of ROBERT SCOTT, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Submitted August 25, 2008; decided October 28, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of VINCENT TERIO, Appellant, v SYSTEMS & SERVICES TECHNOLOGIES, INC., Respondent.

In the Matter of TAX LIENS. VINCENT TERIO, Appellant; COUNTY OF PUTNAM, Respondent.

Submitted September 29, 2008; decided October 28, 2008

Motion for reargument denied [*see* 11 NY3d 753 (2008)].